Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-017-741**

**Effective Date of Registration:**
September 20, 2016

## Title

        **Title of Work:**   Group registration of published photos; ADLIFE-COLLECTION-091516; published JAN 14, 2005 through DEC 26, 2005; 250 photos total.

        **Content Title:**   CitrusAsst009, 12-16-2005;
EggplantRolentini, 07-30-2005;
ChickenBreastBnlsGrlMrk007, 06-26-2005;
StrawberryShortCake001, 06-26-2005;

ChickenBreastBnlsGrlMrk011, 05-13-2005;
ChickenBreastBnlsGrlMrk015, 09-15-2005;
ChickenBreastBnlsGrlMrk021, 09-15-2005;
AppleCaramel001, 09-15-2005;

ChickenBreastBnlsGrlMrk010, 09-22-2005;
ChickenBreastSplit010, 09-30-2005;
ChickenBreastSplit016, 02-15-2005;
ChickenBreastSplitGrlMrk001, 07-16-2005;

ChickenBreastStuffed001, 04-15-2005;
ChickenFried011, 08-14-2005;
AppleSlicePeanutButter001, 04-29-2005;
ChickenFried013, 12-10-2005;

ChickenFried018, 02-26-2005;
ChickenCacciatore006, 09-16-2005;
ChickenCacciatore009, 05-13-2005;
ChickenCutlet005, 04-30-2005;

ChickenMarsala004, 08-13-2005;
Asparagus003, 09-15-2005;
ChickenParmesan002, 11-16-2005;
ChickenParmesan006, 11-28-2005;

ChickenParmesan011, 05-20-2005;
ChickenParmesan013, 08-22-2005;
ChickenParmesan018, 08-22-2005;
Asparagus020, 05-20-2005;

AsparagusGrilled002, 05-20-2005;
ChickenParmesan019, 09-27-2005;
ChickenParmesan020, 08-14-2005;
ChickenPiccata003, 08-13-2005;

ChickenCordonBleu, 01-14-2005;

BakedBean002, 05-20-2005;
ChickenGizzard002, 07-27-2005;
ChickenNoodleDumpling001, 11-10-2005;

ChickenPopcorn001, 08-09-2005;
ChickenRibBBQ001, 04-11-2005;
ChickenFinger001, 05-20-2005;
ChiekenFinger002, 07-11-2005;

ChickenFingerBuffalo001, 02-09-2005;
ChickenTender004, 03-11-2005;
ChickenTender011, 03-11-2005;
ChickenTender030, 11-11-2005;

ChickenTenderBuffalo005, 03-11-2005;
ChickenWholeBBQ001, 06-29-2005;
ChickenFryer002, 08-14-2005;
ChickenWholeRoasted001, 11-20-2005;

ChickenWholeRoasted002, 07-17-2005;
ChickenWholeRoasted007, 04-10-2005;
PizzaBites002, 03-30-2005;
ChickenWholeRoasted010, 02-09-2005;

Baklava001, 09-15-2005;
BreadPudding001, 06-30-2005;
CobblerBlueberry001, 04-23-2005;
CobblerBlueberry002, 01-29-2005;

CobblerCherry001, 02-15-2005;
CobblerCherry002, 10-14-2005;
CobblerPeach001, 08-09-2005;
CobblerPeach002, 05-20-2005;

CobblerPeach001, 08-09-2005;
CobblerPeach004, 05-26-2005;
Crepe001, 05-26-2005;
CrispApple001, 03-08-2005;

CrispAppleIceCream, 08-09-2005;
CrispAppleWhippedCream001, 09-23-2005;
DessertPlatter001, 09-23-2005;
DessertPlatter002, 10-17-2005;

DessertShell001, 10-11-2005;
DessertShell002, 06-20-2005;
Flan001, 07-23-2005;
Flan002, 05-09-2005;

FruitPizza001, 02-18-2005;
FruitPizza002, 02-25-2005;
GelatinRing001, 08-09-2005;
GelatinStrawberry001, 09-24-2005;

HotCrossBun001, 02-25-2005;
JelloRaspberry001, 10-22-2005;
LadyFinger001, 09-30-2005;
LadyFinger002, 09-24-2005;



MilkCracker001, 10-12-2005;
MilkCracker002, 10-12-2005;
MousseChocolate001, 02-25-2005;
MousseChocolate002, 11-14-2005;

PannaCotta001, 10-22-2005;
PeachCream001, 06-15-2005;
PeachWhippedCream001, 07-13-2005;
RiceKrispieTreats001, 04-15-2005;

RiceKrispieTreats002, 04-15-2005;
RiceKrispieTreats003, 04-15-2005;
ShortcakeFruit001, 02-17-2005;
Smores001, 04-19-2005;

Smores002, 05-21-2005;
Smores003, 04-19-2005;
SouffleChocolate001, 11-27-2005;
Tiramisu001, 09-24-2005;

Tiramisu002, 09-24-2005;
ToasterCake001, 09-24-2005;
Trifle001, 06-26-2005;
TrifleChocolate001, 08-20-2005;

TrifleRedBlueBerry001, 04-29-2005;
WhoopiePie001, 07-11-2005;
BakeryAsst001, 03-28-2005;
BakeryAsst002, 02-08-2005;

BakeryAsst003, 03-28-2005;
BakeryAsst004, 06-29-2005;
BakeryAsst005, 09-18-2005;
BakeryAsst006, 03-28-2005;

BakeryAsst007, 06-29-2005;
BakeryAsst008, 02-08-2005;
BakeryAsst009, 09-27-2005;
BakeryAsst010, 09-18-2005;

BakeryAsst011, 09-15-2005;
BakeryAsst012, 03-28-2005;
BakeryAsst013, 03-28-2005;
BakeryAsst014, 03-28-2005;

BakeryAsst015, 03-28-2005;
BakeryAsst016, 03-20-2005;
BakeryAsst017, 03-15-2005;
BakeryAsst018, 05-31-2005;

BakeryAsst019, 03-28-2005;
BakeryAsst020, 01-14-2005;
BakeryAsst021, 01-14-2005;
BakeryAsst022, 01-14-2005;

BakeryAsst023, 01-15-2005;
Bread001, 08-12-2005;
Bread002, 06-23-2005;
Bread003, 04-24-2005;

Bread004, 04-08-2005;
BreadAppleCinnamon001, 01-21-2005;
BreadAppleNut001, 09-10-2005;
BreadAppleStreuselTopping001, 10-08-2005;

BreadAppleStreuselTopping002, 10-08-2005;
BreadArtisan001, 10-22-2005;
BreadArtisan002, 08-14-2005;
BreadArtisan004, 12-08-2005;

BreadAsst001, 02-12-2005;
BreadAsst002, 08-13-2005;
BreadAsst003, 09-22-2005;
BreadAsst004, 08-13-2005;

BreadAsst005, 08-13-2005;
BreadAsst006, 08-13-2005;
BreadAsst007, 06-30-2005;
BreadAsst008, 08-13-2005;

BreadAsst009, 08-13-2005;
BreadAsst010, 06-29-2005;
SandwichChickenSalad002, 07-15-2005;
SandwichChickenSalad003, 09-15-2005;

SandwichEggSalad001, 07-20-2005;
SandwichTunaSalad001, 07-19-2005;
SandwichTunaSalad007, 07-08-2005;
SubAmericanColdCut008, 07-08-2005;

WrapChickenSalad001, 07-08-2005;
WrapHamCheese001, 08-10-2005;
WrapHamCheese002, 06-28-2005;
WrapHamCheeseTabooli001, 08-28-2005;

WrapRoastBeef001, 02-09-2005;
PepperSteak002, 08-12-2005;
WrapTabooliHumus001, 02-10-2005;
BakedZiti004, 07-08-2005;

WrapTurkey002, 08-10-2005;
WrapTurkey003, 11-28-2005;
WrapTurkey004, 04-26-2005;
WrapTurkeyHam001, 11-16-2005;

EggplantParmesan001, 02-10-2005;
ChickenBreastBnls008, 05-20-2005;
EggplantRolentini005, 02-10-2005;
ItalianBuffet005, 05-20-2005;

ItalianPotatoSalad001, 05-20-2005;
Lasagna005, 05-20-2005;
ChickenBreastBnlsGrlMrk001, 07-29-2005;
ChickenBreastBnlsGrlMrk002, 07-20-2005;

ChickenBreastBnlsGrlMrk006, 05-20-2005;
Lasagna012, 07-29-2005;
WasaCrispBreadMozzTomBasil001, 10-29-2005;

VeggieCracker003, 06-12-2005;

VeggieCracker002, 06-19-2005;
VeggieCracker001, 06-12-2005;
TriscuitHam001, 01-21-2005;
SpinachDip005, 05-14-2005;

SpinachDip004, 09-12-2005;
SpinachDip003, 09-12-2005;
SpinachDip003, 05-14-2005;
SpinachDip001, 09-21-2005;

SpinachCrabDip001, 10-22-2005;
PotatoSkin001, 09-22-2005;
PitaChipSalsa001, 07-11-2005;
PepperoniBall001, 06-09-2005;

PartyTray006, 01-25-2005;
PartyTray005, 11-11-2005;
PartyTray004, 01-25-2005;
PartyTray003, 08-10-2005;

PartyTray002, 08-10-2005;
PartySnack001, 10-22-2005;
OnionRingFish001, 10-09-2005;
OnionRing002, 08-10-2005;

OliveOilDipping002, 06-17-2005;
OliveOilDipping001, 06-17-2005;
MeatballAppetizer001, 12-11-2005;
JalapenoPopper006, 05-10-2005;

JalapenoPopper005, 01-21-2005;
JalapenoPopper004, 11-27-2005;
JalapenoPopper003, 11-27-2005;
JalapenoPopper002, 01-21-2005;

Hummus005, 07-20-2005;
Guacamole001, 07-28-2005;
Guacamole002, 07-28-2005;
HotPopper001, 01-12-2005;


Hummus001, 09-12-2005;
CruditePlatter005, 04-27-2005;
CruditePlatter006, 04-27-2005;
CruditePlatter007, 04-27-2005;

Escargot001, 02-12-2005;
CruditePlatter001, 12-18-2005;
CruditePlatter002, 12-18-2005;
CruditePlatter003, 03-28-2005;

CruditePlatter004, 02-08-2005;
CrackerAsst001, 10-13-2005;
CrackerSausage001, 12-08-2005;
CrackerSausage002, 12-08-2005;

CreamCheesePepperJellyAppetizer001, 08-28-2005;

CrabDip001, 08-12-2005;
CocktailWeenie001, 01-21-2005;
ChickenBites002, 03-12-2005;

ChickenBites001, 03-12-2005;
CeleryCarrotBasket001, 12-17-2005;
BuffaloChickenDip002, 12-26-2005;
BuffaloChickenDip001, 12-25-2005;

BreadBouleDip001, 12-13-2005;
AppetizerAsst008, 11-10-2005;
AppetizerAsst006, 10-08-2005;
AppetizerAsst007, 12-23-2005;

AppetizerAsst005, 09-20-2005;
AppetizerAsst003, 09-27-2005;
AppetizerAsst002, 09-12-2005;
AppetizerAsst001, 09-12-2005;

BreadAsst011, 08-10-2005;
BreadAsst012, 08-10-2005;
BreadAsst013, 08-09-2005;
BreadAsst015, 10-09-2005;

BreadAsst016, 10-09-2005;
BreadBabka001, 03-11-2005;
BreadBaguette001, 06-28-2005;
BreadBaguette002, 08-13-2005;

BreadBaguette003, 08-26-2005;
WatermelonSeedless002, 08-25-2005.

## Completion/Publication

Year of Completion: 2005
Date of 1st Publication: January 14, 2005
Nation of 1st Publication: United States

## Author

- Author: Adlife Marketing & Communications Co., Inc., Employer-for-Hire of Joel Albrizio
  Author Created: photograph
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Adlife Marketing & Communications Co., Inc.
38 CHURCH ST, PAWTUCKET, RI, 02860, United States

## Rights and Permissions



|  |  |
|---:|:---|
| Organization Name: | SHORES & OLIVER P.C. |
| Name: | Milton M. Oliver, Esq. |
| Email: | miltonoliver@ieee.org |
| Telephone: | (774)521-3058 |
| Alt. Telephone: | (781)910-9664 |
| Address: | PO BOX 790 |
|  | COTUIT, MA 02635-0790 United States |

## Certification

|  |  |
|---:|:---|
| Name: | Milton M. Oliver |
| Date: | September 16, 2016 |
| Applicant's Tracking Number: | 873-057-310 |

|  |  |
|---:|:---|
| Correspondence: | Yes |
| Copyright Office notes: | Regarding publication: publication dates range from January 14, 2005 to December 26, 2005. |

