Exhibit "B"

Page 1
WGNA FM on Twitter: "VOTE: The Capital Region's Best Fried Chicken https://t.co/rnkSXiN3gF @WGNAFM @HattiesChicken @CHICKENJOES @Ironroost" / Twitter
https://twitter.com/WGNAFM/status/1280949896992915462?cxt=HHwWjICwlaDJ7MYjAAAA

Explore

Settings

Tweet

Chicken Joe's Retweeted

WGNA FM
@WGNAFM

VOTE: The Capital Region's Best Fried Chicken
wgna.com/vote-the-capit... @WGNAFM @HattiesChicken
@CHICKENJOES @Ironroost

wgna.com
VOTE: The Capital Region's Best Fried Chicken
National Fried Chicken Day was earlier this week, which inspired this quest to find the area's best.

3:40 PM · Jul 8, 2020

3 Retweets 1 Quote 2 Likes

Bruce Fine @HeSoooFine · Jul 20, 2022
Replying to @WGNAFM @HattiesChicken and 2 others
It's unbelievable how much smaller the chicken sandwich is now at the track.

Search Twitter

New to Twitter?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people
WGNA FM
@WGNAFM
Follow
107.7 GNA - Albany's #1 For New Country!

Chicken Joe's
@CHICKENJOES
Follow
Chicken Inspiration served DAILY #CHICKENJOES ‼️ Follow us for DAILY GIVEAWAYS‼️

What's happening
UEFA Europa League · LIVE
Arsenal FC vs Sporting Lisbon

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

Relevant people

Captured by FireShot Pro: 16 March 2023, 16:57:48
https://getfireshot.com

