Attorney: COPYCAT LEGAL
Address: 3111 NORTH UNIVERSITY DRIVE, STE#301 CORAL SPRINGS, FL 33065

| PREPARED FOOD PHOTOS, INC. F/K/A ADLIFE MARKETING & COMMUNICATIONS CO., INC. | Index Number: 1:23-cv-03895 |
|---|---|
| vs *Plaintiff* | Client's File No.: prepared v. chicken |
| CHICKEN JOE'S, LLC | Court Date: |
| *Defendant* | Date Filed: 05/10/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
Jack Tamburello, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **05/15/2023**, at **4:35 PM** at: **768 NORTH AVENUE, NEW ROCHELLE, NY 10801** Deponent served the within **SUMMONS IN A CIVIL ACTION- COMPLAINT**

On: **CHICKEN JOE'S, LLC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **PEDRO QUEZ** personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Manager thereof.

☒ **#2 DESCRIPTION**

| Sex: Male | Color of skin: Brown | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 36 - 50 Yrs. | Height: 5ft 4in - 5ft 8in | Weight: 161-200 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 05/16/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Jack Tamburello
DCA License #



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*