UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PREPARED FOOD PHOTOS, INC.,

                    Plaintiff,

          -against-

CHICKEN JOE'S, LLC,

                  Defendant.

23-cv-3895 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action and Plaintiff obtained a Clerk's Certificate of Default on June 14, 2023, but has taken no further action, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **July 28, 2023**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 10, 2023
       New York, New York

                            SO ORDERED.

                            JESSICA G. L. CLARKE
                            United States District Judge