IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-03895-JGLC-JW

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

CHICKEN JOES, LLC,

     Defendant.

## **CERTIFICATE OF SERVICE**

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc., through undersigned counsel, and pursuant to the Court's instructions, hereby certifies that on January 18, 2024, a copy of the Report & Recommendation dated January 12, 2024 ("R&R") [D.E. 22], has been served upon defendant Chicken Joe's, LLC via Federal Express overnight delivery to: Chicken Joe's, LLC, 768 North Avenue, New Rochelle, NY 10801 and via electronic mail at: johnsor@optonline.net. A true and correct copy of the Federal Express delivery confirmation is attached hereto as **Exhibit "A."**

Dated: January 23, 2024.          COPYCAT LEGAL PLLC
                                         3111 N. University Drive
                                         Suite 301
                                         Coral Springs, FL 33065
                                         Telephone: (877) 437-6228
                                         dan@copycatlegal.com

                                         By: /s/ Daniel DeSouza_____
                                                Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza
Daniel DeSouza, Esq.