January 22, 2024

Dear Customer,

# Exhibit "A"

The following is the proof-of-delivery for tracking number: 774860022790

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | M.MARVIN | **Delivery Location:** | 768 NORTH AVE |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | NEW ROCHELLE, NY, 10801 |
| | | **Delivery date:** | Jan 19, 2024 13:50 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 774860022790 | **Ship Date:** | Jan 18, 2024 |
| | | **Weight:** | |

**Recipient:**
Chicken Joe's, LLC,
768 North Avenue
NEW ROCHELLE, NY, US, 10801

**Shipper:**
Daniel DeSouza,
3111 N. University Drive
Suite 301
Coral Springs, FL, US, 33065



Thank you for choosing FedEx