## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

PREPARED FOOD PHOTOS, INC.,

                Plaintiff,                        23 **CIVIL** 3895 (JGLC)

      -v-                                  **DEFAULT JUDGMENT**

CHICKEN JOES, LLC,

                Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 1, 2024, the Report and Recommendation is ADOPTED in its entirety. Default Judgment is entered against Defendant and an award of $27,336.32, which consists of $23,976.00 in statutory damages, $500.32 in reimbursement for costs, and $2,860 in attorney's fees. Plaintiff is further granted an injunction permanently enjoining Defendant from infringing conduct. Accordingly, the case is closed.

**Dated:** New York, New York

      February 1, 2024

                                                            **RUBY J. KRAJICK**
                                                               **Clerk of Court**

                                      **BY:**

                                                                **Deputy Clerk**